# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Ann Kennedy Fulco, Successor Trustee,
Plaintiff

v.

George A. Negro, et al
Defendants.

02cv2228 HtmtcnFrpt

CASE NO.: 3 02CV 2228 (RNC)

**PRELIMINARY or FINAL**

**SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTERS**

****NOTE: ALL INFORMATION MUST BE LEGIBLY WRITTEN!****

1. DATE OF CONFERENCE(S): October 29, 2003

   FILED 2003 OCT 29 A 11:50 US DISTRICT COURT HARTFORD CT

2. TRIAL ATTORNEYS PRESENT:

   PLAINTIFF:

   DEFENDANT: Linda Rekas Sloan (Trustee counsel)
   James Schultz (Negro)

3. PARTIES PRESENT: George Negro

4. CASE SETTLED:   YES___   NO ✓

5. FOLLOW UP CONFERENCE TO BE SCHEDULED:   YES___   NO ✓

6. FINAL SETTLEMENT CONFERENCE REPORT TO BE FILED BY: _____

7. COMMENTS: Parties will continue to discuss settlement privately. Parties request that the Court defer acting on summary judgment motion ~~pending~~ for two weeks pending such discussions.

_____          _____
SPECIAL MASTER SIGNATURE          SPECIAL MASTER SIGNATURE

**THE SPECIAL MASTERS ARE TO COMPLETE AND FILE THIS REPORT WITH
THE CLERK'S OFFICE, IMMEDIATELY FOLLOWING THE CONFERENCE**

**A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED**

Rev. 06/01/98

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


SETTLEMENT CONFERENCE CALENDAR

450 MAIN STREET
HARTFORD
CHECK WITH THE OFFICE OF THE CLERK FOR ROOM ASSIGNMENT


October 29, 2003


10:00 A.M.


Honorable William McGrath Esq, Special Master
Honorable Stuart Rosen Esq, Special Master

PLEASE NOTE: IMPORTANT INSTRUCTIONS ARE ATTACHED. FAILURE TO COMPLY WITH THEM COULD BE GROUNDS FOR A VIOLATION OF THE SPECIAL MASTERS PROGRAM GUIDELINES.


3-02-cv-2228   (RNC) Fulco v Negro
--------------------------------------------------------------

    COUNSEL OF RECORD:

Brian J. Dudack              Krasow, Garlick & Hadley, One State St.,
                             Hartford, CT 860-549-7100

Ann Kennedy Fulco            35 Bancroft Rd., East Hartford, CT
                             860-206-0788

Linda Clifford Hadley        Krasow, Garlick & Hadley, One State St.,
                             Hartford, CT 860-549-7100

George A. Negro              6 Sisk Drive, Pawcatuck, CT  (860) 599-2620