UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JAN 21  P 3: 53

U.S. DISTRICT COURT
HARTFORD, CT.

ANN KENNEDY FULCO, SUCCESSOR :
TRUSTEE, ESTATE OF JOSEPH NEGRO :
TRUST UNDER WILL FOR THE BENEFIT :
OF LEONTINA NEGRO, :
　　　　　　　　　　　　　　　　:
　　　Plaintiff, :
　　　　　　　　　　　　　　　　:
V. : CASE NO. 3:03CV2228(RNC)
　　　　　　　　　　　　　　　　:
GEORGE A. NEGRO, ANDREW :
RICHARDSON, CHAPTER 7 TRUSTEE :
IN RE GEORGE A. NEGRO, DEBTOR, :
　　　　　　　　　　　　　　　　:
　　　Defendants. :

NOTICE AND ORDER TO PRO SE LITIGANT
GEORGE A. NEGRO REGARDING MOTION FOR SUMMARY JUDGMENT

A motion for summary judgment has been filed in this case by your Chapter 7 Bankruptcy Trustee, Andrew Richardson (hereinafter referred to as the "Bankruptcy Trustee"). He contends that any interest you previously had in the testamentary trust created under your father's will is property of the Bankruptcy Estate and, accordingly, that he is entitled to receive a distribution from the testamentary trust, not you.

Summary judgment may not be granted against a _pro se_ litigant unless he has received adequate notice of the nature and consequences of a summary judgment motion. See Vital v. Interfaith Med. Center, 168 F.3d 615, 621 (2d Cir. 1999). In accordance with this rule, you are hereby notified as follows:

**Pursuant to Rule 56 of the Federal Rules of Civil Procedure, summary judgment may be granted to the Bankruptcy Trustee if there is no issue of fact requiring a trial and the Bankruptcy**

Trustee is entitled to prevail under applicable law.

The Bankruptcy Trustee has moved for summary judgment pursuant to these rules. If his motion is granted, no trial will be held. Judgment will enter in his favor and you will lose the case without a trial.

**TO AVOID SUMMARY JUDGMENT YOU MUST FILE AND SERVE PAPERS IN ACCORDANCE WITH THIS NOTICE AND ORDER, DEMONSTRATING THAT THERE IS AN ISSUE OF FACT REQUIRING A TRIAL, AND/OR THAT THE APPLICABLE LAW DOES NOT ENTITLE THE BANKRUPTCY TRUSTEE TO PREVAIL. IF YOU FAIL TO DO THIS, THE BANKRUPTCY TRUSTEE'S MOTION FOR SUMMARY JUDGMENT WILL BE GRANTED.**

To demonstrate that this case presents an issue of fact requiring a trial, you must file and serve a document entitled "Local Rule 56(a)2 Statement," which states--in separately numbered paragraphs corresponding to the paragraphs contained in the Bankruptcy Trustee's Local Rule 56(a)1 Statement--whether each of the facts asserted by the Bankruptcy Trustee is admitted or denied. <u>Any fact asserted by the Bankruptcy Trustee in its Local Rule 56(a)1 Statement will be deemed to be true for purposes of this case unless it is denied in your Local Rule 56(a)2 Statement.</u> Your Local Rule 56(a)2 Statement must also include in a separate section a list of each issue of fact that you think requires a trial.

Finally, you must file and serve a memorandum of law explaining why you believe that the law does not entitle the defendant to judgment in its favor. Local Rule 56 provides that

if you fail to submit such a memorandum, the defendant's motion may be granted for good cause shown.

    IT IS HEREBY ORDERED THAT YOU FILE AND SERVE THE DOCUMENTS CALLED FOR BY THIS NOTICE AND ORDER ON OR BEFORE FEBRUARY 9, 2004. FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN DISMISSAL OF THE COMPLAINT.

    So ordered.

    Dated at Hartford, Connecticut this 20th day of January 2004.

                                         Robert N. Chatigny
                                         United States District Judge