UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN KENNEDY FULCO, SUCCESSOR TRUSTEE, ESTATE OF JOSEPH NEGRO TRUST UNDER WILL FOR THE BENEFIT OF LEONTINA NEGRO | : : : : : : : |
| v. | : CASE NO. 3:02CV2228 (RNC) : |
| GEORGE A. NEGRO, ANDREW RICHARDSON, CHAPTER 7 TRUSTEE IN RE GEORGE A. NEGRO, DEBTOR | : : : |

## JUDGMENT

This action having come on for consideration of the bankruptcy trustee's motion for summary judgment before the Honorable Robert N. Chatigny, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling and order granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the bankruptcy trustee Andrew Richardson.

Dated at Hartford, Connecticut, this 16th day of March 2004.

                                          KEVIN F. ROWE, Clerk


                                          By     /s/lik
                                                  Linda I. Kunofsky
                                                  Deputy Clerk

EOD _____