FORM 1

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

ANN KENNEDY FULCO, SUCCESSOR TRUSTEE
ESTATE OF JOSEPH NEGRO TRUST UNDER
WILL FOR THE BENEFIT OF LEONTINA NEGRO

v.

GEORGE A. NEGRO, ANDREW RICHARDSON   CIVIL CASE NO. 3:02CV2228(RNC)
CHAP. 7 TRUSTEE IN RE GEORGE A. NEGRO, DEBTOR

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __GEORGE A. NEGRO__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following
Judgment or Order (attach the Judgment ~~or Order~~):
JUDGMENT IN FAVOR OF THE MOTION FOR SUMMARY JUDGMENT OF THE
BANKRUPTCY TRUSTEE ANDREW RICHARDSON

2. The Judgment /Order in this action was entered on __March 16, 2004__.
(date)

_/s/ George A. Negro_
Signature

George A. Negro
Print Name

P.O. Box 2383

Westerley, R.I. 02891-0923
Address

(860)599-2620
Telephone Number

Date: April 12, 2004

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District

27

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAR 16 P 3:36

U.S. DISTRICT COURT
HARTFORD, CT.

ANN KENNEDY FULCO, SUCCESSOR
TRUSTEE, ESTATE OF JOSEPH NEGRO
TRUST UNDER WILL FOR THE BENEFIT
OF LEONTINA NEGRO

v.

GEORGE A. NEGRO, ANDREW
RICHARDSON, CHAPTER 7 TRUSTEE IN
RE GEORGE A. NEGRO, DEBTOR

CASE NO. 3:02CV2228 (RNC)

## JUDGMENT

This action having come on for consideration of the bankruptcy trustee's motion for summary judgment before the Honorable Robert N. Chatigny, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling and order granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the bankruptcy trustee Andrew Richardson.

Dated at Hartford, Connecticut, this 16th day of March 2004.

KEVIN F. ROWE, Clerk

By _____
Linda I. Kunofsky
Deputy Clerk

EOD 3/16/04