# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

IN RE:   ANN KENNEDY FULCO          DOCKET NO. 3:02 CV 2228(RNC)

VS.                                 USCA NO.

IN RE:   GEORGE A NEGRO

**INDEX TO RECORD ON APPEAL**

I HEREBY ACKNOWLEDGE RECEIPT
OF THE COMPLETE COPY OF DOCKET,
ROMNEY, TOGETHER __0__
VOLUMES OF ORIGINAL RECORD.

DATE: 4/19/04  (8b)



860-549-7100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda Clifford Hadley**
Krasow, Garlick & Hadley
One State St.
Hartford, CT 06103
860-549-7100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**
---------------------

Andrew S. Richardson

V.

**Cross Defendant**
---------------------

George A. Negro                         represented by    George A. Negro
                                                          6 Sisk Drive
                                                          Pawcatuck, CT 06379
                                                          PRO SE

                                                          (See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 12/17/2002 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # H008121 (Ferguson, L.) (Entered: 12/19/2002) |
| 12/17/2002 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 6/18/03 ; Amended Pleadings due 2/17/03 Motions to Dismiss due 3/17/03 (Ferguson, L.) (Entered: 12/19/2002) |
| 12/17/2002 | 3 | MOTION by Ann Kennedy Fulco for Order to Deposit the sum of $297,496.00 , for Costs and Fees , Discharging Plaintiff from Liability , for Additional Funds (Brief Due 1/7/03 ) (Ferguson, L.) (Entered: 01/22/2003) |
| 01/13/2003 | 4 | ANSWER & Defenses to Complaint by George A. Negro (Ferguson, L.) (Entered: 01/14/2003) |

| | | |
|---|---|---|
| 01/13/2003 | 5 | PRO SE Appearance by George A. Negro (Grady, B.) (Entered: 01/14/2003) |
| 01/22/2003 | | ENDORSEMENT granting [3-1] motion for Order to Deposit the sum of $297,496.00, denying [3-2] motion for Costs and Fees, denying [3-3] motion Discharging Plaintiff from Liability, denying [3-4] motion for Additional Funds ( signed by Judge Robert N. Chatigny ) (Grady, B.) (Entered: 01/22/2003) |
| 01/22/2003 | 6 | Waiver of Service of Summons as to George A. Negro signed on 12/20/02 (Ferguson, L.) (Entered: 01/24/2003) |
| 01/22/2003 | 7 | Waiver of Service of Summons as to Andrew S. Richardson signed on 1/3/03 (Ferguson, L.) (Entered: 01/24/2003) |
| 01/29/2003 | 8 | Letter MOTION by Ann Kennedy Fulco to Deposit $297,496.00 into the registry of the court (Grady, B.) (Entered: 01/29/2003) |
| 01/29/2003 | | ENDORSEMENT granting [8-1] motion to Deposit $297,496.00 into the registry of the court ( signed by Judge Robert N. Chatigny ) (Grady, B.) (Entered: 01/29/2003) |
| 02/10/2003 | 9 | ANSWER to complaint and CROSSCLAIM by Andrew S. Richardson against George A. Negro (Ferguson, L.) (Entered: 02/10/2003) |
| 02/11/2003 | 10 | APPEARANCE of Attorney for Andrew S. Richardson -- Linda Clifford Hadley, Brian J. Dudack (Grady, B.) (Entered: 02/12/2003) |
| 04/28/2003 | 11 | REPORT of Parties Planning Meeting (Ferguson, L.) (Entered: 04/29/2003) |
| 05/05/2003 | 12 | ORDER & Addendum approving [11-1] report, Reset Scheduling Order Deadlines: Discovery cutoff to 8/31/03 ; Dispositive Motions due 7/17/03 ; Status Report due 8/5/03 ; Filing of Trial Memorandum by 11/28/03 ( signed by Chief Judge Robert N. Chatigny ) (Ferguson, L.) (Entered: 05/05/2003) |
| 07/08/2003 | | ENDORSEMENT granting [13-1] motion to File dispositive motion ( signed by Chief Judge Robert N. Chatigny ) (Grady, B.) (Entered: 07/08/2003) |
| 07/08/2003 | 13 | Letter MOTION by Andrew S. Richardson for Prefiling Conference (Brief Due 7/29/03 ) (Ferguson, L.) Modified on 08/11/2003 (Entered: 08/11/2003) |
| 07/17/2003 | 14 | MOTION by Andrew S. Richardson, George A. Negro for Summary |

| | | |
|---|---|---|
| | | Judgment, for Entry of Final Judgment (Brief Due 8/7/03 ) (Ferguson, L.) (Entered: 07/18/2003) |
| 07/17/2003 | 16 | SIGNED STATEMENT of Andrew S. Richardson by Andrew S. Richardson, George A. Negro Re [14-1] motion for Summary Judgment & [14-2] motion for Entry of Final Judgment by George A. Negro, Andrew S. Richardson (Ferguson, L.) (Entered: 07/18/2003) |
| 07/17/2003 | 15 | MEMORANDUM by Andrew S. Richardson, George A. Negro in support of [14-1] motion for Summary Judgment, [14-2] motion for Entry of Final Judgment (Ferguson, L.) (Entered: 07/18/2003) |
| 07/17/2003 | | **Reset last document number to 16 (Ferguson, L.) (Entered: 07/18/2003) |
| 08/01/2003 | 17 | MOTION by Ann Kennedy Fulco for leave to deposit Funds into Court Registry, for Attorney Fees (Brief Due 8/22/03 ) (Ferguson, L.) (Entered: 08/11/2003) |
| 08/01/2003 | 18 | MEMORANDUM by Ann Kennedy Fulco in support of [17-1] motion for leave to deposit Funds into Court Registry, [17-2] motion for Attorney Fees (Ferguson, L.) (Entered: 08/11/2003) |
| 08/11/2003 | | **Reset last document number to 16 (Ferguson, L.) (Entered: 08/11/2003) |
| 09/10/2003 | 19 | MOTION by Andrew S. Richardson for Entry of Final Judgment (Brief Due 10/1/03 ) (Ferguson, L.) (Entered: 09/11/2003) |
| 09/15/2003 | 20 | RULING and ORDER granting [17-1] motion for leave to deposit Funds into Court Registry, granting [17-2] motion for Attorney Fees ( signed by Chief Judge Robert N. Chatigny ) 3 Page(s) (Ferguson, L.) (Entered: 09/16/2003) |
| 09/29/2003 | 21 | ORDER REFERRING CASE to William McGrath, Stuart Rosen as special masters ( signed by Clerk ) (Ferguson, L.) (Entered: 09/30/2003) |
| 10/09/2003 | 22 | ORDER that Plaintiff file & serve Joint Status Report on or before 10/30/03, Reset Status Report deadline to 10/30/03 ( signed by Chief Judge Robert N. Chatigny ) (Ferguson, L.) (Entered: 10/09/2003) |
| 10/29/2003 | 23 | Minute Entry for proceedings held before Clerk-SM : Settlement Conference held on 10/29/2003. (Ferguson, L.) (Entered: 11/10/2003) |
| 12/16/2003 | | ***Set Flag - suppress from service and answer report (Kunofsky, L.) (Entered: 12/16/2003) |

| | | | |
|---|---|---|---|
| 01/21/2004 | ● | 24 | NOTICE & ORDER to File & Serve Documents by 2/9/04 re [14] Motion for Summary Judgment, Motion for Entry of Final Judgment. Signed by Judge Robert N. Chatigny on 1/20/04. (Ferguson, L.) (Entered: 01/23/2004) |
| 02/02/2004 | ● | 25 | AFFIDAVIT Signed By George Negro filed by George A. Negro. (Attachments: # 1 Part 2# 2 Part 3)(Ferguson, L.) (Entered: 02/09/2004) |
| 03/15/2004 | ● | 26 | RULING & ORDER granting [14] Motion for Summary Judgment. Signed by Judge Robert N. Chatigny on 3/13/04. (Ferguson, L.) (Entered: 03/16/2004) |
| 03/16/2004 | ● | 27 | JUDGMENT. Signed by Clerk on 3/16/04. (Ferguson, L.) (Entered: 03/16/2004) |
| 03/16/2004 | | | ***Civil Case Terminated. (Ferguson, L.) (Entered: 03/16/2004) |
| 04/12/2004 | ● | 28 | NOTICE OF APPEAL as to 27 Judgment by George A. Negro. Filing fee $ 255, receipt number H012283.Certified copy of docket and copy of NOA mailed to USCA. (Basile, F.) (Entered: 04/13/2004) |