UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 14  A 11:19

U.S. DISTRICT COURT
HARTFORD, CT.

Ann Kennedy Fulco, Successor Trustee,
Estate of Joseph Negro, Trust under will,
for the benefit of Leontina Negro, et al.,
               Plaintiff

v.

Civil Action No. 3:02 CV 2228 RNC

George A. Negro and Andrew S. Richardson:
Chapter 7 Trustee In re George A. Negro,
Debtor,
               Defendants

## MOTION FOR RELEASE OF MONIES IN REGISTRY OF COURT

Defendant, Andrew S. Richardson, Chapter 7 Trustee of George Negro (Case No. 93-10087, United States Bankruptcy Court for the District of Rhode Island) (the "Bankruptcy Trustee"), hereby moves, pursuant to D. Conn. L. Civ. Rule 67 (c), that the Court release to him in such capacity all monies on deposit in the Registry of Court in this mater. In support of this motion the Bankruptcy Trustee respectfully states as follows:

1. On December 17, 2002, Plaintiff Ann Kennedy Fulco, Successor Trustee, filed with the Court a Motion for Leave to Deposit Funds into the Registry of the Court, seeking permission, in this statutory interpleader action she commenced, to deposit $297,496.00 into the Registry of the Court. That motion was granted through the Court's order of January 21, 2003 (copies of such motion and order are found in Tab A).

2. On August 1, 2003, the Successor Trustee filed a Second Motion for Leave to Deposit Funds into the Registry of the Court, seeking authority to deposit a further net amount of $4,122.63 ($5,933.77 less attorneys fees and costs of $1,811.14) in the Registry of the Court, with that motion being granted by order of the Court on September 15, 2003 (copies of such

second motion and order are in Tab B).

3. Both the first ($297,496.00) and second ($4,122.63) amounts deposited into the Registry of the Court represented the disputed share of Defendant George Negro in and to a trust, of which Ann Kennedy Fulco was Successor Trustee, established under the will of George Negro's late father, Joseph Negro. The Successor Trustee interpleaded such monies while seeking a determination of whether George Negro or his bankruptcy estate was entitled to them.

4. On July 17, 2003, the Bankruptcy Trustee filed a Motion for Summary Judgment as to the substantive aspects of the Complaint for Statutory Interpleader, arguing that the bankruptcy estate, and not George Negro, was entitled to all of the interpleaded monies.

5. On March 16, 2004, this Court entered an order and related judgment granting the Bankruptcy Trustee's Motion for Summary Judgment, which confirmed a prior determination by the United States Bankruptcy Court for the District of Rhode Island that the interests of George Negro in the referenced trust was an asset of and belonged to the bankruptcy estate, and not to George Negro (Tab C). Under that determination, the Bankruptcy Trustee is entitled to all of the monies on deposit in the Registry of this Court, totaling $301,618.63 ($297,496 + $4,122.63 = $301,618.63), plus any and all interest earned thereon.

6. The Bankruptcy Trustee, in accordance with D. Conn. L. Civ. Rule 67 (c), is prepared to provide to the Clerk of the Court the federal identification number of the bankruptcy estate. The check from the Registry of the Court for all such interpleaded funds and interest thereon should be made payable to "Andrew S. Richardson, Trustee" and be sent to his undersigned Rhode Island counsel.

IN RE: ANN KENNDY FULCO, SUCCESSOR TRUSTEE
V. GEORGE A. NEGRO AND ANDREW S. RICHARDSON CHAPTER 7 TRUSTEE
IN RE: GEORGE A. NEGRO, DEBTOR
CIVIL ACTION NO. 3:02 CV 2228 RNC

WHERFORE, Defendant, Andrew S. Richardson, Chapter 7 Trustee of George Negro, moves, pursuant to D. Conn. L. Civ. Rule 67, that all funds on deposit in the Registry of the Court in this matter, in the amount of $301,618.63 plus interest thereon, be released to him for the benefit of the bankruptcy estate of George Negro, and grant such other and further relief as is just.

                Respectfully requested,

                Andrew S. Richardson, as Chapter 7 Trustee
                For In re George A. Negro, Debtor
                By his Attorneys,

June 9, 2004

                Matthew J. McGowan, Esq.
                Linda Rekas Sloan, Esq.
                Salter McGowan Sylvia & Leonard,
                    Incorporated
                321 South Main Street
                Providence, RI 02903
                (401) 274-0300
                (401) 453-0073 Fax
                CT No. 08136
                CT No. 20129

Local Counsel      Linda C. Hadley, Esq.
                Krasow, Garlick & Hadley
                One State Street
                Hartford, CT 06103
                (860) 549-7100
                (860) 728-1651 Fax
                CT No. 06308

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Ann Kennedy Fulco, Successor Trustee, Estate of Joseph Negro, Trust under will, for the benefit of Leontina Negro, et al., Plaintiff<br><br>v.<br><br>George A. Negro and Andrew S. Richardson, Chapter 7 Trustee In re George A. Negro, Debtor, Defendants | Civil Action No. 3:02 CV 2228 RNC |

## ORDER

Upon the Motion for Release of Monies in Registry of Court filed by Andrew S. Richardson, Chapter 7 Trustee of George Negro (the "Bankruptcy Trustee") and for good cause shown, it is hereby

ORDERED that: such motion be and hereby is granted and all monies on deposit in the registry of the Court in this matter, in the amount of $301,618.63, plus interest thereon, shall forthwith be released to the Bankruptcy Trustee. The Clerk of the Court is hereby authorized and directed to issue a check payable to "Andrew S. Richardson, Chapter 7 Trustee of George Negro", and to mail the same to his Rhode Island counsel of record in this matter.

Robert N. Chatigny
United States District Judge
Dated: 6/17/04