# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

2005 OCT -6  P 1:58

U.S. DISTRICT COURT
NEW HAVEN CT

UNITED STATES COURT OF APPEALS
FILED
SEP 29 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

Date: 9/29/05
Docket Number: 04-2022-cv
Short Title: Fulco v. Negro
DC Docket Number: 02-cv-2228
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Robert Chatigny

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 29th day of September, two thousand five.

Fulco v. Negro

A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Roseann B. MacKechnie, Clerk

_Steglich_
By: Anna Steglich
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _Steglich_
DEPUTY CLERK

Certified     SEP 29 2005